# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)  MARRERO, VICTOR | 2. Court or Organization  U.S. DISTRICT COURT, S.D.N.Y. | 3. Date of Report  5/5/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  _X_ Annual  ___ Final | 6. Reporting Period  1/1/2004 TO 12/31/2004 |
| 7. Chambers or Office Address  U.S. DISTRICT COURT, SDNY  40 CENTRE STREET  NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | New York Telephone Company pension for former Directors payable beginning at age 65. |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ✓ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2004 | Self-employed – consultant | |
| 2 | | |

RECEIVED May 20 10 29 AM '05
FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| √ NONE (No such reportable reimbursements.) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| √ NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| √ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| *Value Codes: | J=$15,000 or less | K=$15,001 $50,000 | L=$50,001 $100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,00 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MARRERO, VICTOR | 5/5/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Fidelity Rollover IRA: Puritan | E | Dividend | N | T | | | | | |
| 2 Magellan | F | Div dend | N | T | | | | | |
| 3 Contrafund | B | Dividend | L | T | | | | | |
| 4 Retirement Fund | B | Interest | K | T | | | | | |
| 5 Citibank Keogh Account: | | | | | | | | | |
| 6 CD's | A | Interest | K | T | | | | | |
| 7 Annuity | A | Interest | K | T | | | | | |
| 8 Putnam Retirement IRA: | | | | | | | | | |
| 9 Balanced Retirement C1-A | B | Interest | K | T | | | | | |
| 10 SunAmerica IRA: | | | | | | | | | |
| 11 SunAmerica Balanced | B | Dividend | K | T | | | | | |
| 12 SunAmerica Goldman Sachs | A | Dividend | K | T | | | | | |
| 13 Dreyfus NY Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 14 Schwab: ConEd-common stock | B | Dividend | K | T | | | | | |
| 15 JP Morgan Chase Money Market | A | Interest | L | T | | | | | |
| 16 Putnam IRA: | | | | | | | | | |
| 17 Balanced Retirement C1-A | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MARRERO, VICTOR | 5/5/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 NY State Tuition Savings Plan | A | Dividend | K | T | | | | | |
| 19 Charles Schwab Rollover IRA: | | | | | | | | | |
| 20 Charles Schwab MM Fund | A | Dividend | K | T | Rollov r | 2/1 | K | B | |
| 21 Fed Home Loan Bank Bonds | A | Interest | K | T | Rollover | 2/1 | K | B | |
| 22 Ameristock Fund | A | Dividend | J | T | Rollover | 2/1 | J | B | |
| 23 Artisan International Fund | A | Dividend | J | T | Rollover | 2/1 | J | B | |
| 24 FMI Focus Fund | A | Dividend | J | T | Rollover | 2/1 | J | B | |
| 25 Oakmark Eg. Inc. Fund | A | Dividend | J | T | Rollover | 2/1 | J | B | |
| 26 Royce Low Priced Stock | A | Dividend | J | T | Rollover | 2/1 | J | B | |
| 27 Schwab 1000 Fund | A | Divid nd | J | T | Rollover | 2/1 | J | B | |
| 28 Fidelity Rollover IRA: | | | | | Rollover | 2/1 | | | |
| 29 Ameristock Fund | A | Divid nd | K | T | | | | | |
| 30 Artisan Intn'l | A | Dividend | K | T | | | | | |
| 31 FMI Fund | A | Divid nd | J | T | | | | | |
| 32 Cash R serves | A | Interest | J | T | | | | | |
| 33 Oakmark Equity | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Royce Stock Fund | A | Dividend | J | T | | | | | |
| 35 Fidelity SEP IRA: | | | | | Rollover | 2/1 | | | |
| 36 Baron Small Cap. | A | Dividend | J | T | | | | | |
| 37 Exelsior Value | A | Dividend | J | T | | | | | |
| 38 Floating Rate | B | Dividend | K | T | | | | | |
| 39 Cash Reserves | A | Interest | K | T | | | | | |
| 40 Contrafund | A | Dividend | J | T | | | | | |
| 41 Tweedy Brown Global | A | Dividend | K | T | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |